**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-50275 |
| | ) | |
| FCA US LLC and TRI-DIM FILTER | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF REMOVAL**

Defendant, FCA US LLC ("FCA US"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,
hereby notifies this Court that it is removing the above-captioned action currently pending in the
Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois to the United States
District Court for the Northern District of Illinois, Western Division. In support, FCA US states
as follows:

**Introduction**

1.      On June 26, 2018, Plaintiff, Joseph Martin, commenced this personal injury action
in the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, titled
*JOSEPH MARTIN v. FCA US LLC and TRI-DIM FILTER CORPORATION,* Case No. 2018 L 191.
A copy of Plaintiff's Complaint is attached as Exhibit A. In the Complaint, Plaintiff alleges four
causes of action: negligence (Count I) and violation of the Premises Liability Act (Count II)
against FCA US, and negligence (Count III) and violation of the Premises Liability Act (Count
IV) against Tri-Dim Filter Corporation ("Tri-Dim"). The claims arise from injuries allegedly

suffered by Plaintiff as a result of a slip-and-fall at the FCA US assembly plant located in Belvidere, Illinois. *See* Exhibit A, at ¶¶ 5-8.)

2.    FCA US was served with a copy of the Summons and Complaint on July 13, 2018.

3.    Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty days of service of the Summons and Complaint on FCA US.

## Venue

4.    The United States District Court for the Northern District of Illinois, Western Division, is the federal judicial district encompassing Winnebago County, Illinois. Therefore, for purposes of this Notice of Removal, venue lies in this Court pursuant to 28 U.S.C. §1441(a).

## Diversity Jurisdiction

5.    This Court has jurisdiction pursuant to 28 U.S.C. §1332(a) on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of seventy-five thousand dollars ($75,000.00), exclusive of costs and interest.

6.    Upon information and belief, Plaintiff, Joseph Martin, at the time the Complaint was filed and as of the filing of this Notice of Removal, is an Illinois citizen residing in Winnebago County, Illinois. (Ex. A at p.1, ¶ 3.)

7.    FCA US, formerly known as Chrysler Group LLC, at the time of Plaintiff's Complaint and as of the filing of this Notice of Removal, is a Delaware limited liability company with its principal place of business in Auburn Hills, Michigan. FCA US LLC's sole member is FCA North America Holdings LLC, a Delaware limited liability company with its principal place of business in Auburn Hills, Michigan. The sole member of FCA North America Holdings LLC is Fiat Chrysler Automobiles N.V., a publicly traded corporation organized and existing under the laws of The Netherlands with its principal place of business in London, United Kingdom.

8.    Tri-Dim, at the time of Plaintiff's Complaint and as of the filing of this Notice of Removal, is a Delaware corporation with its principal place of business in Louisa, Virginia. (*See* Exhibit B, Tri-Dim Consent to Removal.)

9.    Complete diversity of citizenship exists in that Plaintiff is not a citizen of the same state as the defendants. *See* 28. U.S.C. §1332(a).

10.    Although FCA US denies that Plaintiff is entitled to any relief whatsoever, FCA US believes, in good faith, that the amount in controversy exceeds $75,000.00, exclusive of costs and interest. FCA US's good faith belief is based on the claims made by Plaintiff in his Complaint. Specifically, Plaintiff has alleged that he suffered "severe and permanent injuries." (Ex. A at pp. 3, 5, 7, 10.) Upon information and belief, Plaintiff claims head and knee injuries related to the incident described in the Complaint.

11.    Finally, FCA US's good faith belief is also supported by the fact that Plaintiff seeks judgment in each of the four counts of the Complaint "in excess of $50,000." (Ex. A. at pp. 3, 5, 8, 10.)

12.    Once the defendant has established that the required amount in controversy is probable, only if it were legally impossible for the plaintiff to recover damages in excess of the jurisdictional requirement will federal jurisdiction be precluded. *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938); *Oshana v. Coco-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006); *Geschke v. Air Force Ass'n*, 425 F.3d 337, 341 (7th Cir. 2005).

13.    As the amount in controversy in this civil action exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states, this Court has jurisdiction over this case. *See* 28 U.S.C. §1332(a)(1).

14.     Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders served upon FCA US is attached as Exhibit C.

15.     Pursuant to 28 U.S.C. §1446(b)(2)(A), FCA US has obtained consent to removal from Tri-Dim, the only other defendant in this case.  (*See* Ex. B.)

16.     Prompt written notice of this Notice of Removal is being sent to Plaintiff through counsel, and to the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, as required by 28 U.S.C. §1446(d).

17.     By this Notice of Removal, FCA US is not waiving and expressly reserves its right to contest personal jurisdiction, venue, and the sufficiency of the Complaint, and its right to assert any defense available to it under any state or federal statute.

18.     FCA US requests a jury trial.

WHEREFORE, Defendant, FCA US LLC, respectfully gives notice that the above action, now pending against it in the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, is removed to the United States District Court for the Northern District of Illinois, Western Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Date:  August 13, 2018

Respectfully submitted,

/s/ Joshua E. Bidzinski

Brian W. Bell, #160431
Joshua E. Bidzinski, #6302408
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
bbell@smbtrials.com
jbidzinski@smbtrials.com

*Counsel for Defendant, FCA US LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 13, 2018, the following counsel of record

was served with a copy of this document via the indicated method:

David P. Cutler
Cutler & Hull                                    **Via U.S. Mail and E-Mail**
Three First National Plaza
70 West Madison Street
Suite 2100
Chicago, Illinois 60602
(312) 726-0777
dcutler@cutlerhull.com

Matthew B. Knight                                **Via U.S. Mail and E-Mail**
Knight Hoppe Kurnik & Knight, Ltd.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
(847) 261-0700
mknight@khkklaw.com

Under penalties as provided by law, the undersigned certifies that the statements set forth herein
are true and correct.

_____/s/  Joshua E. Bidzinski_____